**FILED**
Mar 11 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be submitted along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**
USA V. JOSE BADILLO

**CASE NUMBER:** CR25-00062 JSC

| | |
|---|---|
| **This Case Under Seal?** | Yes ✓ No |
| **Total Number of Defendants:** | 1 ✓   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |

**Assigned AUSA (Lead Attorney):** Nicholas M. Parker

**Date Submitted:** March 11, 2025

**Comments:**

[ RESET FORM ]   [ SAVE PDF ]

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR25-00062 JSC

UNITED STATES OF AMERICA,

V.

JOSE BADILLO,
a/k/a Jose Vicente Badillo,

**FILED**

Mar 11 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

## INDICTMENT

18 U.S.C. §§ 844(i) and 844(n) – Conspiracy to Commit Arson;

18 U.S.C. §§ 844, 981, 982 and 28 U.S.C. § 2461 – Forfeiture Allegation

A true bill.

*/S/ Foreperson of the Grand Jury*

Foreman

Filed in open court this ___11th___ day of

March, 2025.

Brenda Lopez, Deputy Clerk

Bail, $ Summons

Hon. Sallie Kim, U.S. Magistrate Judge

1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney

FILED

Mar 11 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE BADILLO,<br>  a/k/a JOSE VICENTE BADILLO,<br><br>  Defendant. | CASE NO. CR25-00062 JSC<br><br>VIOLATIONS:<br>18 U.S.C. §§ 844(i) and 844(n) – Conspiracy to Commit Arson;<br>18 U.S.C. §§ 844, 981, 982 and 28 U.S.C. § 2461 – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

I N D I C T M E N T

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1.  Defendant JOSE BADILLO, a/k/a JOSE VICENTE BADILLO, resided in the Northern District of California and was associated with one or more commercial towing companies, including Auto Towing and Specialty Towing

2.  Auto Towing provided towing services throughout the San Francisco Bay Area and operated out of a tow yard located at 1229 Underwood Avenue in San Francisco, California.

INDICTMENT

3. Specialty Towing provided towing services throughout—and operated out of multiple locations in—the San Francisco Bay Area, including a tow yard located on Oakdale Avenue in San Francisco, California.

4. CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, and CO-CONSPIRATOR 3 resided in the Northern District of California.

5. CO-CONSPIRATOR 4 resided in the Northern District of California, was a business associate of BADILLO, and was affiliated with one or more commercial towing companies, including Specialty Towing.

Manner and Means of the Conspiracy

6. The defendant, CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, CO-CONSPIRATOR 3, and CO-CONSPIRATOR 4, and others known and unknown to the Grand Jury, conspired to and in fact did damage and destroy at least six competitor tow trucks by means of fire and explosives.

7. The conspiracy encompassed damage to and destruction of at least six competitor tow trucks by means of fire and explosives on or about at least the following four dates:

    a. April 4, 2023: two tow trucks in San Francisco, California;

    b. April 29, 2023: one tow truck in San Francisco, California;

    c. July 25, 2023: one tow truck in East Palo Alto, California; and

    d. October 3, 2023: two tow trucks in San Francisco, California.

8. The purpose of the conspiracy was, among other things, to retaliate against competitor towing companies for perceived wrongs and to drive more business to Auto Towing and Specialty Towing by impeding their competitors' business prospects. The defendant, CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, CO-CONSPIRATOR 3, and CO-CONSPIRATOR 4, and others known and unknown to the Grand Jury, communicated with one another by phone, video call, text message, and in person, often using coded language, to coordinate, confirm, and boast about their arson campaign.

9. The defendant devised and orchestrated the conspiracy. The defendant then directed others, including CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, and CO-CONSPIRATOR 3, to execute the scheme for him—that is, to damage and destroy the tow trucks described herein by means of fire and explosives.

INDICTMENT            2

COUNT ONE:        (18 U.S.C. §§ 844(i) and 844(n) – Conspiracy to Commit Arson)

10. The allegations above are re-alleged and incorporated as if fully set forth here.

11. Beginning on a date unknown to the Grand Jury but no later than on or about April 4, 2023, and continuing through a date unknown to the Grand Jury but no earlier than on or about October 3, 2023, in the Northern District of California, the defendant,

JOSE BADILLO,

along with CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, CO-CONSPIRATOR 3, and CO-CONSPIRATOR 4, and others known and unknown to the Grand Jury, did knowingly conspire to maliciously damage and destroy, and attempt to do so, by means of fire and an explosive, any building, vehicle, and other real and personal property used in interstate and foreign commerce, and used in any activity affecting interstate and foreign commerce, namely tow trucks operated by commercial towing companies located in the Northern District of California.

12. The conspiracy encompassed damage to and destruction of at least the following six tow trucks by means of fire and explosives:

- On or about April 4, 2023, one (1) 2008 white Sterling Bullet 45 tow truck and one (1) 2012 white Dodge Ram 4500 tow truck operated by a commercial towing company located in the Northern District of California and doing business in interstate and foreign commerce and in activity affecting interstate and foreign commerce;

- On or about April 29, 2023: one (1) 2018 Peterbilt 579 "heavy wrecker" tow truck operated by a commercial towing company located in the Northern District of California and doing business in interstate and foreign commerce and in activity affecting interstate and foreign commerce;

- On or about July 25, 2023, one (1) 2009 Ford F-550 tow truck operated by a commercial towing company located in the Northern District of California and doing business in interstate and foreign commerce and in activity affecting interstate and foreign commerce; and

- On or about October 3, 2023, one (1) 2022 Dodge Ram 550 flatbed tow truck and one (1) 2007 Ford F-550 tow truck operated by a commercial towing company located in the Northern District of California and doing business in interstate and foreign commerce and in activity affecting interstate and foreign commerce,

INDICTMENT                            3

1  in violation of Title 18, United States Code, Section 844(i).
2         All in violation of Title 18, United States Code, Section 844(n).
3  FORFEITURE ALLEGATION:    (18 U.S.C. §§ 844, 981, 982; 28 U.S.C. § 2461)
4         The allegations contained in this Indictment are re-alleged and incorporated by reference for the
5  purpose of alleging forfeiture under Title 18, United States Code, Sections 844, 981, and 982, as well as
6  Title 28, United States Code, Section 2461 and Title 49, United States Code, Section 80303.
7         Upon conviction for the offense set forth in this Indictment, the defendant,
8                                              JOSE BADILLO,
9  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), (G),
10 982(a)(2)(B), and Title 28, United States Code, Section 2461(c), any property, real or personal,
11 constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and
12 pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section
13 2461(c), any explosive materials and firearms involved, or used or intended to be used, in the violations,
14 and a forfeiture money judgment.
15        If any of the property described above, as a result of any act or omission of the defendant:
16        a.   cannot be located upon exercise of due diligence;
17        b.   has been transferred or sold to, or deposited with, a third party;
18        c.   has been placed beyond the jurisdiction of the court;
19        d.   has been substantially diminished in value; or
20        e.   has been commingled with other property which cannot be divided without
21             difficulty,
22 the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
23 United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).
24 //
25 //
26 //
27 //
28 //

INDICTMENT                                      4

All pursuant to Title 18, United States Code, Sections 844, 981, and 982, as well as Title 28, United States Code, Section 2461 and Title 49, United States Code, Section 80303, and Federal Rule of Criminal Procedure 32.2.

DATED: March 11, 2025					A TRUE BILL.


						 /s/ *Foreperson*
						FOREPERSON

PATRICK D. ROBBINS
Acting United States Attorney

 /s/ *Nicholas Parker*
NICHOLAS M. PARKER
Assistant United States Attorney

INDICTMENT					5

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. §§ 844(i) and 844(n) – Conspiracy to Commit Arson
18 U.S.C. §§ 844, 981, 982; 28 U.S.C. § 2461– Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
- Imprisonment:    Min. 5 – Max. 20 years
- Fine:    $250,000
- Supervised Release:    3 years
- Special Assessment:    $100
- Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
DIVISION- SAN FRANCISCO

**DEFENDANT - U.S**
▶ Jose Badillo (a/k/a Jose Vicente Badillo)

DISTRICT COURT NUMBER
CR25-00062 JSC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    PATRICK D. ROBBINS
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Nicholas M. Parker

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
N.D. Cal.

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

☐ Federal  ☐ State

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

FILED
Mar 11 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:
If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 3/13/2025 | 10:30 am    Before Judge: Kim

Comments: 450 Golden Gate Avenue, San Francisco, CA 94102: Courtroom C – 15th Floor