CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Oct 21 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JOSE BADILLO,<br>　a/k/a JOSE VICENTE BADILLO,<br><br>　　　Defendant. | CASE NO. 3:25-CR-00062 RFL<br><br>VIOLATIONS:<br>18 U.S.C. § 844(n) – Conspiracy to Commit Arson;<br>18 U.S.C. §§ 844, 981, 982 and 28 U.S.C. § 2461<br>– Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

## S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

### Introductory Allegations

At all times relevant to this Superseding Information:

1. Defendant JOSE BADILLO, a/k/a JOSE VICENTE BADILLO, resided in the Northern District of California and was associated with one or more commercial towing companies, including Auto Towing and Specialty Towing.

2. Auto Towing provided towing services throughout the San Francisco Bay Area and operated out of a tow yard located at 1229 Underwood Avenue in San Francisco, California.

SUPERSEDING INFORMATION

3. Specialty Towing provided towing services throughout—and operated out of multiple locations in—the San Francisco Bay Area, including a tow yard located on Oakdale Avenue in San Francisco, California.

4. CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, and CO-CONSPIRATOR 3 resided in the Northern District of California.

5. CO-CONSPIRATOR 4 resided in the Northern District of California, was a business associate of BADILLO, and was affiliated with one or more commercial towing companies, including Specialty Towing.

<u>Manner and Means of the Conspiracy</u>

6. The defendant, CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, CO-CONSPIRATOR 3, and CO-CONSPIRATOR 4, and others known and unknown to the United States Attorney, conspired to and in fact did damage and destroy at least six competitor tow trucks by means of fire and explosives.

7. The conspiracy encompassed damage to and destruction of at least six competitor tow trucks by means of fire and explosives on or about at least the following four dates:

    a. April 4, 2023: two tow trucks in San Francisco, California;

    b. April 29, 2023: one tow truck in San Francisco, California;

    c. July 25, 2023: one tow truck in East Palo Alto, California; and

    d. October 3, 2023: two tow trucks in San Francisco, California.

8. The purpose of the conspiracy was, among other things, to retaliate against competitor towing companies for perceived wrongs and to drive more business to Auto Towing and Specialty Towing by impeding their competitors' business prospects. The defendant, CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, CO-CONSPIRATOR 3, and CO-CONSPIRATOR 4, and others known and unknown to the United States Attorney, communicated with one another by phone, video call, text message, and in person, often using coded language, to coordinate, confirm, and boast about their arson campaign.

9. The defendant devised and orchestrated the conspiracy. The defendant then directed others, including CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, and CO-CONSPIRATOR 3, to execute the scheme for him—that is, to damage and destroy the tow trucks described herein by means of fire and explosives.

SUPERSEDING INFORMATION       2

COUNT ONE:        (18 U.S.C. § 844(n) – Conspiracy to Commit Arson)

10. The allegations above are re-alleged and incorporated as if fully set forth here.

11. Beginning on a date unknown to the United States Attorney but no later than on or about April 4, 2023, and continuing through a date unknown to the United States Attorney but no earlier than on or about October 3, 2023, in the Northern District of California, the defendant,

JOSE BADILLO,

along with CO-CONSPIRATOR 1, CO-CONSPIRATOR 2, CO-CONSPIRATOR 3, and CO-CONSPIRATOR 4, and others known and unknown to the United States Attorney, did knowingly conspire to maliciously damage and destroy, and attempt to do so, by means of fire and an explosive, any building, vehicle, and other real and personal property used in interstate and foreign commerce, and used in any activity affecting interstate and foreign commerce, namely tow trucks operated by commercial towing companies located in the Northern District of California, in violation of 18 U.S.C. § 844(i).

12. The conspiracy encompassed damage to and destruction of at least the following six tow trucks by means of fire and explosives:

- On or about April 4, 2023, one (1) 2008 white Sterling Bullet 45 tow truck and one (1) 2012 white Dodge Ram 4500 tow truck operated by a commercial towing company located in the Northern District of California and doing business in interstate and foreign commerce and in activity affecting interstate and foreign commerce;

- On or about April 29, 2023: one (1) 2018 Peterbilt 579 "heavy wrecker" tow truck operated by a commercial towing company located in the Northern District of California and doing business in interstate and foreign commerce and in activity affecting interstate and foreign commerce;

- On or about July 25, 2023, one (1) 2009 Ford F-550 tow truck operated by a commercial towing company located in the Northern District of California and doing business in interstate and foreign commerce and in activity affecting interstate and foreign commerce; and

- On or about October 3, 2023, one (1) 2022 Dodge Ram 550 flatbed tow truck and one (1) 2007 Ford F-550 tow truck operated by a commercial towing company located in the Northern District of California and doing business in interstate and foreign commerce and in activity affecting interstate and foreign commerce.

SUPERSEDING INFORMATION                3

All in violation of Title 18, United States Code, Section 844(n).

FORFEITURE ALLEGATION:       (18 U.S.C. §§ 844, 981, 982; 28 U.S.C. § 2461)

The allegations contained in this Superseding Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Sections 844, 981, and 982, as well as Title 28, United States Code, Section 2461 and Title 49, United States Code, Section 80303.

Upon conviction for the offense set forth in this Superseding Information, the defendant,

JOSE BADILLO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), (G), 982(a)(2)(B), and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials and firearms involved, or used or intended to be used, in the violations, and a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//
//
//

SUPERSEDING INFORMATION                    4

All pursuant to Title 18, United States Code, Sections 844, 981, and 982, as well as Title 28, United States Code, Section 2461 and Title 49, United States Code, Section 80303, and Federal Rule of Criminal Procedure 32.2.

DATED:  October 21, 2025                    CRAIG H. MISSAKIAN
                                                               United States Attorney


                                                                /s/ *Nicholas Parker*
                                                               NICHOLAS M. PARKER
                                                               Assistant United States Attorney

SUPERSEDING INFORMATION                    5